# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

7/29/2025

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:25-mj-00326 |
| JEFFREY DORSEY | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 29, 2025__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**LUCAS SMITH**
Digitally signed by LUCAS SMITH
Date: 2025.07.29 15:37:29 -04'00'

*Complainant's signature*

SA LUCAS SMITH, FBI
*Printed name and title*

Sworn to before me and signed in my presence via telephone.

Date: July 29, 2025

City and state: DAYTON, OHIO

Caroline H. Gentry
United States Magistrate Judge



## SUPPORTING AFFIDAVIT

Your Affiant Lucas Smith being duly sworn, does hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent ("SA") with Federal Bureau of Investigation ("FBI") and have been so employed since June 2023. I am currently assigned to the Cincinnati Division, Dayton Resident Agency. As such, I am charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.). I have conducted investigations related to international terrorism, domestic terrorism, firearms, and violent crimes. As part of those investigations, I have participated in physical surveillance and records analysis, worked with informants, conducted interviews, served court orders and subpoenas, and executed search and arrest warrants. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. Based on my training and experience, I am familiar with federal laws, and I am aware that it is a violation of federal law to make interstate communications with a threat to injure. I am aware that it is a violation of 18 U.S.C.§ 875 for whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

## PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of an application for a federal arrest warrant and complaint against JEFFREY DORSEY (hereafter "DORSEY"). I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause

to believe that on June 29, 2025, DORSEY committed a violation of 18 U.S.C. § 875, that being knowingly and intentionally made an interstate communication with intent to injure.

## SUMMARY OF PROBABLE CAUSE

1. On or about June 29, 2025, a voice message was left by cellular telephone number (614) 302-9552 (hereafter "TARGET CELL PHONE") on the voicemail of a member of the United States House of Representatives Washington, D.C. main office line (hereafter "OFFICE LINE"). A transcription of the voice message left by the TARGET CELL PHONE is as follows:

> *"If you vote to take my fucking Medicaid away, I'm gonna cut your fucking head off, [REP]. You fucking closet faggot fucking fucking piece of shit. You're an embarrassment, and a bag of shit as a man, and I can't stand you. So, fuck the hell off. But I tell you this, clearly to your brain, if you fuck with my Medicaid you're a dead fuck."*

2. On July 1, 2025, staff for the member of the United States House of Representatives notified the United States Capitol Police (USCP) Threat Assessment Section (TAS) of a voice message left by an unknown male on June 29, 2025, at 1038hrs (ET) from TARGET CELL PHONE. Staff provided an audio copy of the voicemail, and your affiant has personally listened to the voicemail.

3. An open-source search of TARGET CELL PHONE identified AT&T as the service provider. USCP TAS submitted an emergency disclosure request to AT&T for subscriber information on TARGET CELL PHONE. AT&T advised that the number is operated by Dish Wireless for subscriber information. However, a one-time emergency disclosure ping revealed that the TARGET CELL PHONE was located near 1021 Pursell Avenue, Dayton, Ohio 45420.

4.    On July 2, 2025, USCP TAS submitted an emergency disclosure to Gen Mobile (Dish Wireless). On July 21, 2025, Dish Wireless responded to the emergency disclosure request with DORSEY being the listed subscriber of TARGET CELL PHONE.

5.    A review of open-source searches on social media reveal that DORSEY moved to Dayton, Ohio in February 2025 from the Columbus, Ohio area.

6.    Information provided by AT&T revealed that the TARGET CELL PHONE dialed the OFFICE LINE on June 29, 2025 at 10:37 a.m. Eastern Standard Time (EST). Elapsed time of the call to the OFFICE LINE one minute and 18 seconds. Cell location provided for the call was located in Dayton, Ohio.

7.    Information provided by the Ohio Attorney General's Office revealed that DORSEY was receiving Medicaid services through various providers. DORSEY's address was listed at 1062 Pritz Avenue, Dayton, Ohio 45410.

8.    On July 29, 2025, the FBI called TARGET CELL PHONE and recorded the phone call. The individual that answered TARGET CELL PHONE had a voice that appeared like and similar to the voicemail that was left by TARGET CELL PHONE on or about June 29, 2025. The individual that answered TARGET CELL PHONE stated that they were located on Pritz Avenue in Dayton, Ohio.

///

///

///

///

///

3

## CONCLUSION

9.Based on the facts set forth in the Affidavit, there is probable cause to believe that, on June 29, 2025, in the Southern District of Ohio, Jeffrey Dorsey committed a violation of 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure.

LUCAS SMITH
Digitally signed by LUCAS SMITH
Date: 2025.07.29 15:38:22 -04'00'

_____
Lucas Smith
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me this __29th__ day of July, 2025.

_____
Caroline H. Gentry
United States Magistrate Judge