# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25 cr 063 |
| Plaintiff, | JUDGE WALTER H. RICE |
| vs. | INDICTMENT |
| JEFFREY DORSEY, | 18 U.S.C. § 875(c) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### [Interstate Communications with a Threat to Injure]

On or about June 29, 2025, in the Southern District of Ohio, the defendant, **JEFFREY DORSEY**, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly and intentionally transmitted in interstate commerce a communication containing a threat to injure another person, to wit: defendant, while in the State of Ohio, called the office of a member of the United States House of Representatives, in Washington, D.C., and left a voicemail on the member's voice message which stated, in part "If you vote to take my fucking Medicaid away, I'm gonna cut your fucking head off, [REP]. You fucking closet faggot fucking fucking piece of shit. You're an embarrassment, and a bag of shit as a man, and I can't stand you. So, fuck the hell off. But I tell you this, clearly to your brain, if you fuck with my Medicaid you're a dead fuck."

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

*S/*
FOREPERSON

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

RYAN A. SAUNDERS
Assistant United States Attorney

2