IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:25-CR-063 |
| vs. | : | Judge Walter H. Rice |
| JEFFREY DORSEY, | : | |
| Defendant. | : | |

**MOTION TO CONTINUE CHANGE OF PLEA HEARING**

Defendant, Jeffrey Dorsey ("Mr. Dorsey), through counsel, respectfully moves this Court to continue the change of plea hearing currently scheduled for October 28, 2025, for an additional week.  As grounds for this Motion, counsel for Mr. Dorsey states that he has a medical appointment.

Wherefore, Mr. Dorsey requests that this Court continue the scheduled change of plea hearing to a future date convenient with the Court's schedule.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s\Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr. (0073138)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
One South Main Street
Dayton, Ohio 45402
(937) 225-7687
Thomas_Anderson@fd.org

                                              Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              s\Thomas W. Anderson, Jr.
                                              Thomas W. Anderson, Jr.