**GOVERNMENT EXHIBIT**
2

## ADMINISTRATIVE

**AGENCY NAME** GREENE COUNTY SHERIFF'S OFFICE

**CALL NUMBER** 2013-00013534  **GEOCODE**

☐ INCIDENT (NON-CRIMINAL)
☐ OFFENSE
☐ SUPPLEMENT

**INCIDENT NUMBER** 2013-00013534

**CLEARANCES**

| | | | |
|---|---|---|---|
| A ☐ | Death of Suspect | G ☐ | Arrest – Juvenile |
| B ☐ | Prosecution Declined | H ☐ | Warrant Issued |
| C ☐ | Extradition Denied | I ☐ | Invest. Pending |
| D ☐ | Victim Refused to Coop. | J ☐ | Closed |
| E ☐ | Juvenile/No Custody | K ☐ | Unfounded |
| F ☐ | Arrest - Adult | U ☐ | Unknown |

## OHIO UNIFORM INCIDENT REPORT

**CLEARANCE DATE:**  **CLEARED BY:**

| REPORT DATE/TIME | | | | INCIDENT OCCURRED FROM | | | | INCIDENT OCCURRED TO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 05/10/2013 | | | 18:48 | 05/10/2013 | | | 18:35 | 05/10/2013 | | | 18:48 |

**INCIDENT LOCATION (Street, Apt., City, State, Zip)** ▮▮▮▮

## OFFENSE

| OFFENSE | OFFENSE CODE | A/C | HATE/BIAS | LARCENY | TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|
| Aggravated Menacing | 2903.21 M1 | C | N | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |

**LOCATION OF OFFENSE** (Enter up to two)

1. __01__    2. _____

12 Jail/Prison
13 Parking Garage
14 Other Public Access Buildings

RESIDENTIAL STRUCTURE
01 Single Family Home
02 Multiple Dwelling
03 Residential Facility
04 Other Residential
05 Garage/Shed

COMMERCIAL LOCATIONS
15 Auto Shop
16 Financial Institution
17 Barber/Beauty Shop
18 Hotel/Motel
19 Dry Cleaners/Laundry
20 Professional Office
21 Doctor's Office
22 Other Business Office
23 Amusement Center
24 Rental Storage Facility
25 Other Commercial Service Loc.

PUBLIC ACCESS BLDGS.
06 Transit Facility
07 Government Office
08 School
09 College
10 Church
11 Hospital

RETAIL
26 Bar
27 Buy/Sell/Trade Shop
28 Restaurant
29 Gas Station
30 Auto Sales Lot
31 Jewelry Store
32 Clothing Store
33 Drugstore
34 Liquor Store
35 Shopping Mall
36 Sporting Goods
37 Grocery/Supermarket
38 Variety/Convenience
39 Department Store
40 Other Retail Store

41 Factory/Mill/Plant
42 Other Building

OUTSIDE
43 Yard
44 Construction Site
45 Lake/Waterway
46 Field/Woods
47 Street
48 Parking Lot
49 Park/Playground
50 Cemetery
51 Public Transit Vehicle
52 Other Outside Location
77 Other

**SUSPECTED OF USING**

A ☐ ALCOHOL
D ☐ DRUGS
C ☐ COMPUTER EQUIPMENT
N ☐ NOT APPLICABLE

**TYPE WEAPON/FORCE USED**
1. _____  2. _____  3. _____

**METHOD OF ENTRY**
1 ☐ FORCE
2 ☐ NO FORCE
**NO. PREMISES ENTERED**

**METHOD OF ENTRY – MOTOR VEHICLE THEFT**
01 ☐ Motor Running/Keys in Car
02 ☐ Unlocked
03 ☐ Duplicate Key Used
04 ☐ Window Broken
05 ☐ Towed
06 ☐ Hot Wire
07 ☐ Slim Jim/Coat Hanger
08 ☐ Tumblers Removed
09 ☐ Column Peeled
10 ☐ Ignition Peeled

**METHOD OF ENTRY – BURGLARY/B&E**

| | ENTRY | EXIT | | ENTRY | EXIT |
|---|---|---|---|---|---|
| ENTRY | | EXIT | 1 ☐ DOOR | | 1 ☐ FRONT ☐ |
| 1 ☐ BASEMENT ☐ | | | 2 ☐ WINDOW ☐ | | 2 ☐ SIDE ☐ |
| 2 ☐ 1ST FLOOR ☐ | | | 3 ☐ GARAGE ☐ | | 3 ☐ REAR ☐ |
| 3 ☐ 2ND FLOOR ☐ | | | 4 ☐ SKYLIGHT ☐ | | 4 ☐ ROOF ☐ |
| 4 ☐ OTHER ☐ | | | 5 ☐ OTHER ☐ | | 5 ☐ OTHER ☐ |

**METHODS OF OPERATION**

## VICTIM

**NO.** 01  **TOTAL VICTIMS**  **VICTIM TYPE** I ☒ INDIVIDUAL  B ☐ BUSINESS  F ☐ FINANCIAL INSTITUTION  G ☐ GOVERNMENT  P ☐ POLICE OFFICER (IN THE LINE OF DUTY)  R ☐ RELIGIOUS ORGANIZATION  S ☐ SOCIETY  U ☐ UNKNOWN  O ☐ OTHER

**NAME (Last, First, Middle)** ▮▮▮▮

**ADDRESS (Street, Apt., City, State, Zip)** ▮▮▮▮  **PHONE** ▮▮▮▮

**EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip)**  **PHONE**

**AGE/D.O.B.** ▮▮▮▮  **SEX**  **RACE** ☐ B ☐ A / W ☐ I ☐ U  **ETHNICITY**  **HGT**  **WGT**  **HAIR**  **EYES**

**OCCUPATION**  **SSN** ▮▮▮▮  **RESIDENT STATUS** 1 ☒ RESIDENT  2 ☐ TOURIST  3 ☐ MILITARY  4 ☐ STUDENT  5 ☐ OTHER  U ☐ UNKNOWN

**VICTIM INJURED?** ☐ Y ☐ N  **IF INJURED, DESCRIBE INJURIES:**

**AGG. ASSAULT/HOMICIDE CIRC.**  **LEOKA INFORMATION** TYPE OF ACT. ASSIGN. TYPE ORI – OTHER  **VICTIM/SUSPECT RELATIONSHIP** 0. ___ 1. ___ 2. ___ 3. ___ 4. ___ 5. ___  **VICTIM/OFFENSE LINK**

My signature verifies that the information on this report is accurate and true  **DATE** _____

| REPORTING OFFICER | | BADGE NO. | DATE |
|---|---|---|---|
| Duane | Gilbert | 71 | 05/10/2013 |
| APPROVING OFFICER | | BADGE NO. | DATE |
| | | | 05/10/2013 |

**FOLLOW- UP?** ☐ Y ☐ N  If yes, follow-up Assignment

**ADDITIONAL SUPPLEMENTS**
☐ VICTIM/WITNESS
☐ SUSPECT/ARRESTEE
☐ PROPERTY
☐ NARRATIVE
☐ STATEMENTS
☐ OTHER
**FORM RECEIVED BY:**
☐ INVESTIGATION
☐ INTELLIGENCE
☐ RECORDS
**SPECIAL COPIES**

1 V 2005

## INCIDENT REPORT – PART 2

| | INCIDENT NUMBER | 2013-00013534 |
|---|---|---|

**VICTIM**

| OFFENSE | 2903.21 M1 | INCIDENT DATE AND TIME | 05/10/2013 | 18:48 |
|---|---|---|---|---|
| | **Aggravated Menacing** | | | |

**REPORTEE**

| NO. 01 | NAME (Last, First, Middle) | | AGE/ D.O.B. | | SSN | |
|---|---|---|---|---|---|---|

| ADDRESS (Street, Apt., City, State, Zip) | | PHONE |
|---|---|---|

| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) | | PHONE |
|---|---|---|

STATEMENTS OBTAINED ☐ Y ☐ N  TYPE: ☐ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHER

**VEHICLE**

CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ IMPOUNDED ☐ RECEIVED ☐ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTHORIZED USE ☐ ABANDONED

| NO. | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC | LIS | LIY | LIT | VIN/OAN | | VALUE |
|---|---|---|---|---|---|---|---|---|

| VYR | VMA | VMO | VST | VCO TOP BOTTOM | VEHICLE LOCKED ☐ Y ☐ N | KEYS IN VEHICLE ☐ Y ☐ N | HOLD VEHICLE ☐ Y ☐ N | RELEASE CONTENTS ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|---|

| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. | VEHICLE TOWED? ☐ Y ☐ N | TOWED BY | OWNERSHIP: VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER |
|---|---|---|---|---|---|---|

| STOLEN MOTOR VEHICLE ONLY | NO. STOLEN | AREA STOLEN ☐ BUSINESS | ☐ RESID. ☐ RURAL | ADDITIONAL DESCRIPTION |
|---|---|---|---|---|

| AUTO INSURER NAME (Company)  ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐ Y ☐ N  WHERE RECOVERED? |
|---|---|---|---|

**PROPERTY**

| TYPE PROPERTY LOSS/ETC. (enter codes below) | 1 NONE  2 BURNED | 3 COUNTERFEITED/FORGED  4 DESTROYED/DAMAGED/VANDALIZED | 5 STOLEN/ETC.  6 SEIZED | 7 RECOVERED  U UNKNOWN | P PHOTO  E EVIDENCE | TOTAL VALUE |
|---|---|---|---|---|---|---|

| LOSS CODE | QUANTITY | DESCRIPTION | | | PROP CODE | VALUE |
|---|---|---|---|---|---|---|
| E | 1 | **Disc with recording of threat** | | | 20 | $00.00 |

| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE | QUANTITY | DESCRIPTION | | | PROP CODE | VALUE |
|---|---|---|---|---|---|---|

| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE | QUANTITY | DESCRIPTION | | | PROP CODE | VALUE |
|---|---|---|---|---|---|---|

| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | |

| LOSS CODE | QUANTITY | DESCRIPTION | | | PROP CODE | VALUE |
|---|---|---|---|---|---|---|

| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| | SERIAL NUMBER | | NCIC NUMBER | OTHER NUMBER | |

**PROPERTY CODES:**

VALUABLES
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables

EXCHANGE MEDIUMS
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums

PERSONAL EFFECTS
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects

DOCUMENTS
05 Non-Negotiable Instruments
06 Personal Papers
07 Other Documents

HOUSEHOLD ITEMS
14 Household Items

EQUIPMENT
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV Equip.
20 Recordings-Audio Visual
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies-Const.

26 Tools
27 Vehicle Parts/Accessories
28 School Supplies
29 Other Equipment

CONSUMABLE ITEMS
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods

ANIMALS
33 Livestock
34 Household Pets

VEHICLES
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Vehicle
43 Other Motor Vehicle

WEAPONS
44 Firearms
45 Other Weapons

STRUCTURES
46 Single Occupancy
47 Other Dwellings
48 Commercial/Business
49 Indus./Mfg.
50 Public/Community
51 Storage
52 Other Structure

OTHER
53 Merchandise
54 Other Property
55 Pending Inventory

**NARRATIVE**

On May 10, 2013 at 1848 hours, I was dispatched to ███████████ on a harassment complaint.

## SUSPECT/ARREST SUPPLEMENT

| ARRESTING AGENCY | GREENE CO SHERIFF'S OFFICE | INCIDENT NUMBER | 2013-00013534 |
|---|---|---|---|

| VICTIM | Smith, Carol | OFFENSE 2903.21 M1 Aggravated Menacing | INCIDENT DATE AND TIME | 05/10/2013 18:35 |
|---|---|---|---|---|

**NAME/DESCRIPTIVES**

| NO. 01 | ADULT ☒ | JUVENILE ☐ | UNKNOWN ☐ | CHECK APPROPRIATE CATEGORY ☒SUSPECT ☐ARRESTEE ☐SUSPECT/ARRESTEE ☐RUNAWAY ☐MISSING ☐OTHER _____ | CHARGES FILED? ☐Y ☐N |
|---|---|---|---|---|---|

NAME (Last, First, Middle): **Dorsey, Jeffrey A**   SSN: ▮

ALIAS:    GANG AFFILIATION:

ADDRESS (Street, Apt., City, State, Zip): ▮    PHONE: ▮

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):    PHONE:

PLACE OF BIRTH:    DL#/STATE: ▮    OCCUPATION/SCHOOL:

| *AGE/D.O.B. 48 ▮ | *SEX M | *RACE ☒W ☐B ☐I ☐A ☐U | ETHNICITY | *HEIGHT 511 | *WEIGHT 185 | *HAIR Red | *EYES Blu |
|---|---|---|---|---|---|---|---|

MARITAL STATUS:    SCARS, MARKS, TATOOS:

ADDITIONAL DESCRIPTIVES:

SUSPECTED OF USING ☐ALCOHOL ☐DRUGS    POTENTIAL INJURIES?

*RESIDENT STATUS: 1 ☐ RESIDENT   2 ☐ TOURIST   3 ☐ MILITARY   4 ☐ STUDENT   5 ☒ OTHER (explain) _____   U ☐ UNKNOWN

*ARRESTEE WAS ARMED WITH

ARRESTEE ARMED WITH   1. _____   2. _____   3. _____

| 99 | NONE | 13B | OTHER FULLY AUTOMATIC FIREARM | 16 | IMITATION FIREARM | 50 | POISON |
|---|---|---|---|---|---|---|---|
| 11 | FIREARM | 14 | SHOTGUN | 17 | SIMULATED FIREARM | 60 | EXPLOSIVES |
| 12 | HANDGUN | 15 | OTHER FIREARM | 18 | BB/PELLET GUN | 65 | FIRE/INCENDIARY DEVICE |
| 12A | AUTOMATIC HANDGUN | 15A | SEMI-AUTOMATIC SPORTING RIFLE | 20 | KNIFE/CUTTING INSTRUMENT | 70 | DRUGS/NARC/SLEEPING PILLS |
| 13 | RIFLE | 15B | SEMI-AUTOMATIC ASSAULT FIREARM | 30 | BLUNT OBJECT | 80 | OTHER WEAPON |
| 13A | FULLY AUTOMATIC RIFLE | 15C | MACHINE PISTOL | | | | |

**ASSOC. PERSONS**

| NAME | ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|---|
| 1. | 1. | 1. |
| 2. | 2. | 2. |

**ARREST INFORMATION**

| ARREST/OFFENSE DESCRIPTION | *ARREST/OFFENSE CODE | F/M & DEGREE | WARRANT # | *ARREST LARCENY TYPE | |
|---|---|---|---|---|---|
| 1.   Bond Type: | 1. | 1. | 1. | 1. | 23A POCKET PICKING |
| 2.   Bond Type: | 2. | 2. | 2. | 2. | 23B PURSE SNATCHING / 23C SHOPLIFTING |
| 3.   Bond Type: | 3. | 3. | 3. | 3. | 23D THEFT FROM BUILDING / 23E THEFT FROM COIN-OP MACH. |
| 4.   Bond Type: | 4. | 4. | 4. | 4. | 23F THEFT FROM MOTOR VEHICLE / 23G MOTOR VEH. PARTS/ACCESS. |
| 5.   Bond Type: | 5. | 5. | 5. | 5. | 240 THEFT OF MOTOR VEHICLE / 23H OTHER: _____ |

| *ARREST DATE | TIME | ARREST LOCATION (Street, Apt., City, State, Zip) |
|---|---|---|

| *INCIDENT TRACKING NUMBER | ARREST DISPOSITION | BAIL |
|---|---|---|

| MIRANDA WITNESSED BY: | TIME READ |
|---|---|

| FINGERPRINTED ☐Y ☐N | FINGERPRINT CARD NO. | PHOTOS TAKEN ☐Y ☐N | NO. TAKEN | PHOTO ID NO. | FBI/BCI# |
|---|---|---|---|---|---|

| *MULTIPLE ARRESTEE SEGMENTS INDICATOR ☐COUNT ARRESTEE ☐MULTIPLE ARRESTEE INDICATOR ☐N/A | *ARREST TYPE | 1☐ COMPLAINT  3☐ WARRANT  5☐ ORDER OF PROTECTION  2☐ IN-PROGRESS  4☐ SUMMONS  9☐ OTHER |
|---|---|---|

**JUVENILE**

| JUV. PARENT/GDN. NOTIFIED ☐Y ☐N | DATE/TIME NOTIFIED | NOTIFIED BY | *JUVENILE DISPOSITION | ☐HANDLED WITHIN THE DEPARTMENT ☐REFERRED TO OTHER AUTHORITIES |
|---|---|---|---|---|

| PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip) | RELATIONSHIP | PHONE |
|---|---|---|

| PARENT/GUARDIAN NAME AND ADDRESS (Street, Apt., City, State, Zip) | RELATIONSHIP | PHONE |
|---|---|---|

**RUNAWAYS/MISSING**

| PREVIOUS RUN/MISS. ☐Y ☐N | DATE OF LAST CONTACT | DATE OF EMANCIPATION | NCIC # | DATE/TIME ENTERED |
|---|---|---|---|---|

LAST SEEN WEARING:

| REPORTING OFFICER | Duane   Gilbert | BADGE NO. 71 | DATE 05/10/2013 |
|---|---|---|---|
| APPROVING OFFICER | | BADGE NO. | DATE |
| COURT | | | DATE |

# NARRATIVE SUPPLEMENT

| | | INCIDENT NUMBER | 2013-00013534 |
|---|---|---|---|

| AGENCY | GREENE COUNTY SHERIFF'S OFFICE | INCIDENT DATE AND TIME | 05/10/2013 | 18:48 |
|---|---|---|---|---|

Upon my arrival at 1921 hours, I was met by ▆▆▆▆▆▆▆. ▆▆▆▆▆▆▆ stated that her stepson, Mr. Jeffrey A. Dorsey had called and threatened her. ▆▆▆▆▆ took me to her answering machine and I recorded the message left by Mr. Dorsey. In the message Mr. Dorsey stated that if ▆▆▆▆▆ moves any of his items that are in her barn he would "cut her fucking head off". ▆▆▆▆▆ told me that Mr. Dorsey had been arrested before for assault and feels that if he were here he would hurt her. ▆▆▆▆▆ stated he has called and made threats in the past. ▆▆▆▆▆▆▆ signed for a temporary protection order. ▆▆▆ ▆▆▆ stated he was living in Phoenix, Arizona near his mother and stepfather but does not know if he is still there or where he might be. ▆▆▆▆▆▆▆ signed charges against Mr. Dorsey for aggravated menacing. ▆▆▆▆▆▆▆ stated that Mr. Dorsey had never resided with her.

I contacted the Dayton Police Department and asked if they would check the last known address in Dayton. I spoke to Mrs. Nipper of the victim advocates office and advised her of the situation. I down loaded the recorded message on a disc and sent it to the property room. I gave ▆▆▆▆▆ the report number in order to get a copy of the report. I also advised ▆▆ ▆▆▆▆ of the procedures for obtaining a protection order through the Domestic Relations Court.

| REASON CLEARED | A ☐ DEATH OF OFFENDER | D ☐ VICTIM REFUSED TO COOP. | G ☐ ARREST – JUVENILE | J ☐ CLOSED | DATE CLEARED |
|---|---|---|---|---|---|
| | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY | H ☐ WARRANT ISSUED | K ☐ UNFOUNDED | |
| | C ☐ EXTRADITION DENIED | F ☐ ARREST – ADULT | I ☐ INVEST. PENDING | U ☐ UNKNOWN | |

| REPORTING OFFICER | | BADGE NO. | DATE |
|---|---|---|---|
| Duane | Gilbert | 71 | 05/10/2013 |
| APPROVING OFFICER | | BADGE NO. | DATE |

| | |
|---|---|
| AGENCY NAME **GREENE COUNTY SHERIFF'S OFFICE** | *INCIDENT NUMBER **2013-00013534** |

**ADMINISTRATIVE**

CALL NUMBER **2013-00013534**   *GEOCODE

☐ INCIDENT (NON-CRIMINAL)
☐ OFFENSE
☒ SUPPLEMENT

# OHIO UNIFORM INCIDENT REPORT
## SUPPLEMENT

*CLEARANCES

| | | | |
|---|---|---|---|
| A ☐ | Death of Suspect | G ☐ | Arrest – Juvenile |
| B ☐ | Prosecution Declined | H ☐ | Warrant Issued |
| C ☐ | Extradition Denied | I ☐ | Invest. Pending |
| D ☐ | Victim Refused to Coop. | J ☐ | Closed |
| E ☐ | Juvenile/No Custody | K ☐ | Unfounded |
| F ☐ | Arrest - Adult | U ☐ | Unknown |

*CLEARANCE DATE:     CLEARED BY:

| *REPORT DATE/TIME | | | | *INCIDENT OCCURRED FROM | | | | *INCIDENT OCCURRED TO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 11/18/2014 | | | 18:45 | | | | | | | | |

INCIDENT LOCATION (Street, Apt., City, State, Zip)

**OFFENSE**

| *OFFENSE | *OFFENSE CODE | A/C | *HATE/BIAS | *LARCENY | *TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |
| | | | | | 1. ___ 2. ___ 3. ___ |

*LOCATION OF OFFENSE (Enter up to two)

1. _____   2. _____

RESIDENTIAL STRUCTURE
01 Single Family Home
02 Multiple Dwelling
03 Residential Facility
04 Other Residential
05 Garage/Shed

PUBLIC ACCESS BLDGS.
06 Transit Facility
07 Government Office
08 School
09 College
10 Church
11 Hospital

12 Jail/Prison
13 Parking Garage
14 Other Public Access Buildings

COMMERCIAL LOCATIONS
15 Auto Shop
16 Financial Institution
17 Barber/Beauty Shop
18 Hotel/Motel
19 Dry Cleaners/Laundry
20 Professional Office
21 Doctor's Office
22 Other Business Office
23 Amusement Center
24 Rental Storage Facility
25 Other Commercial Service Loc.

RETAIL
26 Bar
27 Buy/Sell/Trade Shop
28 Restaurant
29 Gas Station
30 Auto Sales Lot
31 Jewelry Store
32 Clothing Store
33 Drugstore
34 Liquor Store
35 Shopping Mall
36 Sporting Goods
37 Grocery/Supermarket
38 Variety/Convenience
39 Department Store
40 Other Retail Store

41 Factory/Mill/Plant
42 Other Building

OUTSIDE
43 Yard
44 Construction Site
45 Lake/Waterway
46 Field/Woods
47 Street
48 Parking Lot
49 Park/Playground
50 Cemetery
51 Public Transit Vehicle
52 Other Outside Location
77 Other

*SUSPECTED OF USING

| | | |
|---|---|---|
| A | ☐ | ALCOHOL |
| D | ☐ | DRUGS |
| C | ☐ | COMPUTER EQUIPMENT |
| N | ☐ | NOT APPLICABLE |

*TYPE WEAPON/FORCE USED

1. _____   2. _____   3. _____

*METHOD OF ENTRY

| | | |
|---|---|---|
| 1 ☐ | FORCE | |
| 2 ☐ | NO FORCE | |

*NO. PREMISES ENTERED

*METHOD OF ENTRY – MOTOR VEHICLE THEFT

01 ☐ Motor Running/Keys in Car
02 ☐ Unlocked
03 ☐ Duplicate Key Used
04 ☐ Window Broken
05 ☐ Towed
06 ☐ Hot Wire
07 ☐ Slim Jim/Coat Hanger
08 ☐ Tumblers Removed
09 ☐ Column Peeled
10 ☐ Ignition Peeled

*METHOD OF ENTRY – BURGLARY/B&E

| ENTRY | EXIT | | ENTRY | EXIT | | ENTRY | EXIT |
|---|---|---|---|---|---|---|---|
| 1 ☐ BASEMENT | ☐ | 1 ☐ DOOR | ☐ | 1 ☐ FRONT | ☐ |
| 2 ☐ 1ST FLOOR | ☐ | 2 ☐ WINDOW | ☐ | 2 ☐ SIDE | ☐ |
| 3 ☐ 2ND FLOOR | ☐ | 3 ☐ GARAGE | ☐ | 3 ☐ REAR | ☐ |
| 4 ☐ OTHER | ☐ | 4 ☐ SKYLIGHT | ☐ | 4 ☐ ROOF | ☐ |
| | | 5 ☐ OTHER | ☐ | 5 ☐ OTHER | ☐ |

METHODS OF OPERATION

**VICTIM**

*NO.   *TOTAL VICTIMS   *VICTIM TYPE   I ☐ INDIVIDUAL   B ☐ BUSINESS   F ☐ FINANCIAL INSTITUTION   G ☐ GOVERNMENT   P ☐ POLICE OFFICER (IN THE LINE OF DUTY)   R ☐ RELIGIOUS ORGANIZATION   S ☐ SOCIETY   U ☐ UNKNOWN   O ☐ OTHER

NAME (Last, First, Middle)

ADDRESS (Street, Apt., City, State, Zip)     PHONE

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip)     PHONE

| *AGE/ D.O.B. | *SEX | *RACE ☐ B ☐ W ☐ A ☐ I ☐ U | ETHNICITY | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|---|---|

OCCUPATION     SSN     *RESIDENT STATUS   1 ☐ RESIDENT   2 ☐ TOURIST   3 ☐ MILITARY   4 ☐ STUDENT   5 ☐ OTHER   U ☐ UNKNOWN

*VICTIM INJURED? ☐ Y ☐ N   IF INJURED, DESCRIBE INJURIES:

*AGG. ASSAULT/ HOMICIDE CIRC.   *LEOKA INFORMATION   TYPE OF ACT. | ASSIGN. TYPE | ORI – OTHER   *VICTIM/SUSPECT RELATIONSHIP   0. ___ 1. ___ 2. ___ 3. ___ 4. ___ 5. ___   *VICTIM/OFFENSE LINK

My signature verifies that the information on this report is accurate and true

DATE_____

| REPORTING OFFICER **Duane   Gilbert** | BADGE NO. **71** | DATE **11/18/2014** |
|---|---|---|
| APPROVING OFFICER **Nipper, Dennis** | BADGE NO. | DATE **11/18/2014** |

FOLLOW- UP? ☐ Y ☐ N   If yes, follow-up Assignment

ADDITIONAL SUPPLEMENTS   ☐ VICTIM/WITNESS   ☐ SUSPECT/ARRESTEE   ☐ PROPERTY   ☐ NARRATIVE   ☐ STATEMENTS   ☐ OTHER   FORM RECEIVED BY:   ☐ INVESTIGATION   ☐ INTELLIGENCE   ☐ RECORDS   SPECIAL COPIES

# SUPPLEMENT
## INCIDENT REPORT – PART 2

| INCIDENT NUMBER | 2013-00013534 |
|---|---|

| VICTIM | OFFENSE | INCIDENT DATE AND TIME | 11/18/2014 | 18:45 |
|---|---|---|---|---|

### REPORTEE

| NO. | NAME (Last, First, Middle) | AGE/ D.O.B. | SSN -- |
|---|---|---|---|

| ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|

| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|

STATEMENTS OBTAINED  ☐ Y  ☐ N  TYPE: ☐ WRITTEN  ☐ ORAL  ☐ TAPED  ☐ OTHER

### VEHICLE

CHECK CATEGORIES  ☐ STOLEN  ☐ RECOVERED  ☐ IMPOUNDED  ☐ RECEIVED  ☐ SUSPECT'S VEHICLE  ☐ VICTIM'S VEHICLE  ☐ UNAUTHORIZED USE  ☐ ABANDONED

| NO. | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC | LIS | LIY | LIT | VIN/OAN | *VALUE |
|---|---|---|---|---|---|---|---|

| VYR | VMA | VMO | VST | VCO TOP BOTTOM | VEHICLE LOCKED ☐ Y ☐ N | KEYS IN VEHICLE ☐ Y ☐ N | HOLD VEHICLE ☐ Y ☐ N | RELEASE CONTENTS ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|---|

| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. | VEHICLE TOWED? ☐ Y ☐ N | TOWED BY | OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE | ☐ TITLE ☐ OTHER |
|---|---|---|---|---|---|---|

| STOLEN MOTOR VEHICLE ONLY | NO. STOLEN | AREA STOLEN ☐ BUSINESS | ☐ RESID. ☐ RURAL | ADDITIONAL DESCRIPTION |
|---|---|---|---|---|

| AUTO INSURER NAME (Company) ADDRESS (Street, Apt., City, State, Zip) | PHONE |
|---|---|

| MOTOR VEHICLE RECOVERY ONLY | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐ Y ☐ N WHERE RECOVERED? |
|---|---|---|---|

### PROPERTY

| *TYPE PROPERTY LOSS/ETC. (enter codes below) | 1 NONE 2 BURNED | 3 COUNTERFEITED/FORGED 4 DESTROYED/DAMAGED/VANDALIZED | 5 STOLEN/ETC. 6 SEIZED | 7 RECOVERED U UNKNOWN | P PHOTO E EVIDENCE | TOTAL VALUE |
|---|---|---|---|---|---|---|

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| VICT. NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
| | SERIAL NUMBER | NCIC NUMBER | OTHER NUMBER | |

**PROPERTY CODES:**

**EXCHANGE MEDIUMS**
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums

**DOCUMENTS**
05 Non-Negotiable Instruments
06 Personal Papers
07 Other Documents

**VALUABLES**
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables

**PERSONAL EFFECTS**
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects

**HOUSEHOLD ITEMS**
14 Household Items

**EQUIPMENT**
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV Equip.
20 Recordings-Audio Visual
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies-Const.

26 Tools
27 Vehicle Parts/Accessories
28 School Supplies
29 Other Equipment

**CONSUMABLE ITEMS**
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods

**ANIMALS**
33 Livestock
34 Household Pets

**VEHICLES**
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Vehicle
43 Other Motor Vehicle

**WEAPONS**
44 Firearms
45 Other Weapons

**STRUCTURES**
46 Single Occupancy
47 Other Dwellings
48 Commercial/Business
49 Indus./Mfg.
50 Public/Community
51 Storage
52 Other Structure

**OTHER**
53 Merchandise
54 Other Property
55 Pending Inventory

### NARRATIVE

07/2002

## NARRATIVE SUPPLEMENT

| | | INCIDENT NUMBER | 2013-00013534 |
|---|---|---|---|
| AGENCY | GREENE COUNTY SHERIFF'S OFFICE | INCIDENT DATE AND TIME | 11/18/2014    18:45 |

On November 18, 2014 at 1845 hours, I spoke to ▮▮▮▮▮▮▮▮. I asked ▮▮▮▮▮ if she has had any further contact with Mr. Jeffery Dorsey and she stated since she filed the report in May of 2013 she had spoken to him once last December. She stated he did not threaten her but simply told her he was not mad anymore. I asked ▮▮▮▮▮ if she still wanted to pursue charges and she stated she was not afraid anymore and if things changed she would call us. I advised her I would close the case and if she did need anything to call.

| REASON CLEARED | A ☐ DEATH OF OFFENDER | D ☐ VICTIM REFUSED TO COOP. | G ☐ ARREST – JUVENILE | J ☐ CLOSED | DATE CLEARED | |
|---|---|---|---|---|---|---|
| | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY | H ☐ WARRANT ISSUED | K ☐ UNFOUNDED | | |
| | C ☐ EXTRADITION DENIED | F ☐ ARREST – ADULT | I ☐ INVEST. PENDING | U ☐ UNKNOWN | | |

| REPORTING OFFICER | | BADGE NO. | DATE |
|---|---|---|---|
| Duane        Gilbert | | 71 | 11/18/2014 |
| APPROVING OFFICER Nipper, Dennis | | BADGE NO. | DATE |