IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,                    :

      Plaintiff,                                 :            Case No. 3:25-cr-063
 vs.

JEFFERY DORSEY,                              :            Judge Walter H. Rice

      Defendant.                                 :


**SENTENCING MEMORANDUM**


Now comes the Defendant, Jeffery Dorsey, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to impose a sentence of time served, followed by a term of supervised release. Mr. Dorsey will have been in custody for a little over 10 months at the time of sentencing. 10 months is the low end of the advisory guideline range and the sentence recommended by the Probation Department. Such a sentence is sufficient to punish Mr. Dorsey and protect the public.

Mr. Dorsey has accepted responsibility for the only conduct that he was charged with, namely the 1 minute and 18 second voicemail he left while heavily under the influence of alcohol. He understands that his conduct went beyond political disagreement and violated the law. Mr. Dorsey would benefit from substance abuse and mental health treatment while on a term of supervised release far more than being sent to a federal prison.

Mr. Dorsey's time at the Shelby County Jail has been productive. He has not had any alcohol or controlled substances. He has engaged in treatment programming. Most importantly, he has worked with the Public Defender's Office to plan for his eventual return to the

1

community. As noted in the Presentence Report, Mr. Dorsey's previous housing is no longer available. Mr. Dorsey has come to realize that he will need assistance transitioning back into society and overcoming his substance abuse disorder.

Mr. Dorsey has been accepted to Full Circle's Intensive Outpatient Program treatment program and the recovery housing program. (Attached Full Circle acceptance letter). He will have a great deal of support in this program, but also the flexibility to address his medical needs and begin looking for a job. Full Circle also has an affiliated staffing agency that can help place Mr. Dorsey in a job at some point in the future. The Full Circle team is available to pick up Mr. Dorsey from the probation office any time beginning on June 2, 2026, if Mr. Dorsey is released from custody.

Respectfully, a sentence of time served with supervised release is sufficient in this matter. Mr. Dorsey asks for the opportunity to enroll in Full Circle and to work with his probation officer to take advantage of his supervised release and regain control over his life.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER


s/Thomas W. Anderson, Jr.

Thomas W. Anderson, Jr. (0073138)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
1 South Main Street
Dayton, Ohio 45402
(937) 225-7687
Thomas_Anderson@fd.org

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/Thomas W. Anderson, Jr.

Thomas W. Anderson, Jr.
