IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.  3:25-cr-063 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | |
| JEFFERY DORSEY | : | |
| Defendant. | : | |

## ORDER

The Defendant is to be released from the Montgomery County Jail no later than 10:00

a.m. on Wednesday, June 3, 2026, to report to the United States Marshals.

**IT IS SO ORDERED.**

Walter H. Rice (per WHR after his review.)

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

c: USM, USPO

2